■ CITY OF NEW YORK, Appellant, v ABDO M. HASSAN, Respondent, et al., Defendants. [8 NYS3d 211]—

Order, Supreme Court, New York County (Milton A. Tingling, J.), entered September 13, 2013, which, after a hearing,

dismissed the City's complaint seeking a permanent injunction and sanctions pursuant to the Nuisance Abatement Law, unanimously reversed, on the law, without costs, the order vacated, and the matter remanded for further proceedings.

Sections 7-706 and 7-707 (a) of the Administrative Code of the City of New York provide for a permanent or preliminary injunction to enjoin a public nuisance when the relevant criteria are established. Here, as found by the IAS court, it is undisputed that the City established that, within one year of its action, illegal sales of alcoholic beverages had occurred at defendants' premises on several occasions, in violation of the Alcoholic Beverage Control Law § 123 (1) (a). In light of the proof of illegal sales at the premises over an extended period, the City has an " 'ongoing right to ensure that the [defendants] do not subsequently recommence their illegal activities in the same location' " (*City of New York v Ring*, 34 AD3d 218, 219 [1st Dept 2006], quoting *City of New York v Partnership 91*, 277 AD2d 164, 164 [1st Dept 2000], and *City of New York v Mor*, 261 AD2d 185, 187 [1st Dept 1999], *appeal dismissed* 93 NY2d 1041 [1999]), despite the apparent abatement of the nuisance due to the removal of alcoholic beverages from the premises and the surrender of defendant's liquor license (*see Ring* at 219). Concur—Tom, J.P., Andrias, Saxe, DeGrasse and Kapnick, JJ.